# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Robin Sutton

Debtor.

Case No.: 18-12762  
Chapter 13

## ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated May 10, 2018, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 15 days until May 23, 2018.

**Date: May 11, 2018**

DATED: _____

UNITED STATES BANKRUPTCY JUDGE