Certificate Number: 05781-PAE-DE-031032791

Bankruptcy Case Number: 18-12762



05781-PAE-DE-031032791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2018, at 11:35 o'clock PM PDT, Robin Sutton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 14, 2018

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President