# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Robin Sutton

          Debtor.

Case No.: 18-12762  
Chapter 13

### NOTICE OF MOTION

Sirs:

Please Take Notice that upon the annexed application of Robin Sutton, debtor herein, the undersigned will move before Honorable Jean K FitzSimon Bankruptcy Judge, at United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, Pennsylvania as soon as counsel may be heard, for an order pursuant to Bankruptcy Rule 1007(c) extending the time of the debtor herein to file the Chapter 13 Plan and Schedules to June 6, 2018, and for such other relief as is just.

Dated: May 29, 2018                    /s/ George R Tadross_____

                                                  George R Tadross, Esquire  
                                                  128 Chestnut Street, Suite 204  
                                                  Philadelphia, PA 19106  
                                                  215-500-5000 (phone)  
                                                  267-885-2377 (fax)  
                                                  Attorney for Debtor

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Robin Sutton

Debtor.

Case No.: 18-12762  
**Chapter 13**

## MOTION FOR EXTENSION OF TIME

To the Honorable Jean K FitzSimon, Bankruptcy Judge:

The application of Robin Sutton, by George R Tadross, Esquire, applicant's attorney, respectfully represents:

(1) A voluntary petition pursuant to section 301 of Title 11, United States Code, was filed herein on April 25, 2018.

(2) That the automatic fifteen day extension of time to file the plan as provided for in Bankruptcy Rule 1007(c) expires on May 23, 2018.

(4) That applicant is unable to prepare and file schedules and plan within the time fixed in said order and requires additional time to do so for the following reasons:

(5)    The applicant and his attorney are still in the process of gathering all of the required information because of the complex nature of this particular case.

Wherefore, the applicant move for the annexed order extending the time for filing schedules, statement of financial affairs, and plan herein until May 23, 2018, for which relief no previous application has been made.

Dated: May 29, 2018                                         /s/ George R Tadross_____

                                                              George R Tadross, Esquire
                                                              128 Chestnut Street, Suite 204
                                                              Philadelphia, PA 19106
                                                              215-500-5000 (phone)
                                                              267-885-2377 (fax)
                                                              Attorney for Debtor

# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Robin Sutton

Debtor.

Case No.: 18-12762  
Chapter 13

## ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated May 29, 2018, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 15 days until June 6, 2018.

DATED: _____

UNITED STATES BANKRUPTCY JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Frederick Riegel at ecfmail@fredreiglech13.com, and United States Trustee at USTPRegion03.HA.ECF@usdoj.gov.

DATED:  May 29, 2018            /s/ George R Tadross_____

George R Tadross, Esquire
128 Chestnut Street, Suite 204
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor