United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12762-jkf
Robin L Sutton                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR           Page 1 of 1           Date Rcvd: May 31, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
db             +Robin L Sutton,    346 Washington Street,    Pennsburg, PA 18073-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE R. TADROSS    on behalf of Debtor Robin L Sutton gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Robin Sutton

Debtor.

Case No.: 18-12762  
Chapter 13

## ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated May 29, 2018, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 15 days until June 6, 2018.

**Date: May 30, 2018**

DATED: _____

UNITED STATES BANKRUPTCY JUDGE