# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Robin L Sutton<br><br>Debtor. | :<br>:<br>:<br>:<br>: | Case No.: 18-12762<br>Chapter 13 |

### NOTICE OF MOTION

Sirs:

      Please Take Notice that upon the annexed application of Robin L Sutton, debtor herein, the undersigned will move before Honorable Jean K FitzSimon, Bankruptcy Judge, at United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, Pennsylvania as soon as counsel may be heard, for an order pursuant to Bankruptcy Rule 1007(c) extending the time of the debtor herein to file the Chapter 7 Schedules to June 20, 2018, and for such other relief as is just.

Dated: June 7, 2018                            /s/ George R Tadross_____

                                                                     George R Tadross, Esquire
                                                                     128 Chestnut Street, Suite 204
                                                                     Philadelphia, PA 19106
                                                                     215-500-5000 (phone)
                                                                     267-885-2377 (fax)
                                                                     Attorney for Debtor

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Robin L Sutton<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | Case No.: 18-12762<br>**Chapter 13** |

## MOTION FOR EXTENSION OF TIME

To the Honorable Jean K FitzSimon Bankruptcy Judge:

The application of Robin L Sutton by George R Tadross, Esquire, applicant's attorney, respectfully represents:

(1)   A voluntary petition pursuant to section 301 of Title 11, United States Code, was filed herein on April 25, 2018.

(2)   That the automatic fifteen day extension of time to file the plan as provided for in Bankruptcy Rule 1007(c) expires on June 6, 2018.

(4)   That applicant has a filed a Motion to Convert to a Chapter 7 and is unable to prepare and file schedules within the time fixed in said order and requires additional time to do so for the following reasons:

(5)     The applicant and his attorney are still in the process of gathering all of the required information because of the complex nature of this particular case.

Wherefore, the applicant move for the annexed order extending the time for filing schedules, statement of financial affairs, and plan herein until June 20, 2018 for which relief no previous application has been made.

Dated: June 7, 2018                                 /s/ George R Tadross   ___

                                                          George R Tadross, Esquire
                                                          128 Chestnut Street, Suite 204
                                                          Philadelphia, PA 19106
                                                          215-500-5000 (phone)
                                                          267-885-2377 (fax)
                                                          Attorney for Debtor

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Robin L Sutton

Debtor.

Case No.: 18-12762  
**Chapter 13**

### ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and such as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated April 25, 2018, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 15 days until June 20, 2018.

DATED: _____    _____

UNITED STATES BANKRUPTCY JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Frederick Riegel at ecfmail@fredreiglech13.com, and United States Trustee at USTPRegion03.HA.ECF@usdoj.gov.

DATED:  June 7, 2018                                     /s/ George R Tadross_____

                                                               George R Tadross, Esquire
128 Chestnut Street, Suite 204
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor