# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | **Chapter** 7 |
| ROBIN L. SUTTON | : | |
| | : | **Bankruptcy No.** 18-12762-JKF |
| **Debtor** | : | |

### ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before June 20, 2018  .

Dated: June 14, 2018

JEAN K. FITZSIMON
United States Bankruptcy Judge