```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 18-12762-jkf
Robin L Sutton                                                          Chapter 7
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: dlv                    Page 1 of 2                   Date Rcvd: Jun 13, 2018
                               Form ID: 309A                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Robin L Sutton,    346 Washington Street,    Pennsburg, PA 18073-1801
14096738       +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14096743        Jefferson Capital Systems, LLC,     Po Box 1999,    Saint Cloud, MN 56302
14096746       +Midwest Recovery Systems,     Po Box 899,    Florissant, MO 63032-0899
14096747       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14108793       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas, TX 75261-9096
14096748       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14096750        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14096753       +Wf/home Pr,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: gtadross@tadrosslaw.com Jun 14 2018 01:46:01      GEORGE R. TADROSS,    Tadross Law,
                 128 Chestnut Street,    Suite 204,    Philadelphia, PA 19106
tr             +EDI: FGARYFSEITZ.COM Jun 14 2018 05:48:00      GARY F. SEITZ,
                 Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    601 Walnut Street,
                 Suite 750 West,    Philadelphia, PA 19106-3314
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2018 01:46:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:46:15
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2018 01:46:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 14 2018 01:46:24      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14096740       +EDI: CKSFINANCIAL.COM Jun 14 2018 05:48:00      Cks Financial,    505 Independence Pkwy St,
                 Chesapeake, VA 23320-5178
14096741       +EDI: NAVIENTFKASMDOE.COM Jun 14 2018 05:48:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
14096742       +E-mail/Text: bknotice@ercbpo.com Jun 14 2018 01:46:25      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14096744       +EDI: CBSKOHLS.COM Jun 14 2018 05:48:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14108734       +EDI: MID8.COM Jun 14 2018 05:48:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14096745       +EDI: MID8.COM Jun 14 2018 05:48:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14096749        EDI: PRA.COM Jun 14 2018 05:48:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14097547       +EDI: PRA.COM Jun 14 2018 05:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14096739        Ally Financial
14096751        Unclaimed Diamonds
14096752        West Creek
                                                                                               TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: dlv              Page 2 of 2              Date Rcvd: Jun 13, 2018
                              Form ID: 309A          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
        GEORGE R. TADROSS    on behalf of Debtor Robin L Sutton gtadross@tadrosslaw.com, r55386@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robin L Sutton** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–9030** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**       **4/25/18** |
| Case number: | **18–12762–jkf** | Date case converted to chapter **7**     **6/7/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robin L Sutton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 346 Washington Street <br> Pennsburg, PA 18073 | |
| 4. | **Debtor's attorney** <br> Name and address | GEORGE R. TADROSS <br> Tadross Law <br> 128 Chestnut Street <br> Suite 204 <br> Philadelphia, PA 19106 | Contact phone 267–643–1415 <br><br> Email:  gtadross@tadrosslaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | GARY F. SEITZ <br> Gellert Scali Busenkell & Brown LLC <br> The Curtis Center <br> 601 Walnut Street <br> Suite 750 West <br> Philadelphia, PA 19106 | Contact phone 215–238–0011 <br><br> Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (215)408–2800  Date: 6/13/18 |
| **7.** **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2018 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/8/18** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |