United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-12762-jkf
Robin L Sutton                                                              Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Jun 14, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db             +Robin L Sutton,    346 Washington Street,    Pennsburg, PA 18073-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
          GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
          GEORGE R. TADROSS    on behalf of Debtor Robin L Sutton gtadross@tadrosslaw.com,
           r55386@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re**                                : **Chapter** 7

ROBIN L. SUTTON                          :

                                         : **Bankruptcy No.** 18-12762-JKF

**Debtor**                               :

**ORDER**

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before June 20, 2018            .

Dated: June 14, 2018

JEAN K. FITZSIMON
United States Bankruptcy Judge