### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Robin L Sutton

      Debtor(s)

Case No: 18−12762−jkf

Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay Second
Installment of $100.00. (under
chapter 13)

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 7/25/18

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: July 13, 2018

34
Form 175