United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robin L Sutton  
    Debtor

Case No. 18-12762-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 26, 2018  
                       Form ID: 318     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db             +Robin L Sutton,    346 Washington Street,    Pennsburg, PA 18073-1801
14096738       +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14096743        Jefferson Capital Systems, LLC,    Po Box 1999,    Saint Cloud, MN 56302
14096746       +Midwest Recovery Systems,    Po Box 899,    Florissant, MO 63032-0899
14096747       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14108793       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14096748       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14096750        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14096753       +Wf/home Pr,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 02:29:58      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2018 02:30:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14096740       +EDI: CKSFINANCIAL.COM Sep 27 2018 06:23:00      Cks Financial,    505 Independence Pkwy St,
                 Chesapeake, VA 23320-5178
14096741       +EDI: NAVIENTFKASMDOE Sep 27 2018 06:23:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
14096742       +E-mail/Text: bknotice@ercbpo.com Sep 27 2018 02:30:04      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14096744       +EDI: CBSKOHLS.COM Sep 27 2018 06:23:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14108734       +EDI: MID8.COM Sep 27 2018 06:23:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14096745       +EDI: MID8.COM Sep 27 2018 06:23:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14096749        EDI: PRA.COM Sep 27 2018 06:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14097547       +EDI: PRA.COM Sep 27 2018 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                                TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14096739         Ally Financial
14096751         Unclaimed Diamonds
14096752         West Creek
                                                                                                TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              GEORGE R. TADROSS    on behalf of Debtor Robin L Sutton gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robin L Sutton** | Social Security number or ITIN **xxx–xx–9030** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **18–12762–jkf** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin L Sutton

9/26/18

**By the court:**   Jean K. FitzSimon
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318         **Order of Discharge**         page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318             **Order of Discharge**             page 2